# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Myron Alfonso Monroe                              Docket No. 5:07-CR-186-1D

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Myron Alfonso Monroe, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 21, 2008, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Myron Alfonso Monroe was released from custody on September 2, 2009, at which time the term of supervised release commenced.

On September 30, 2010, the court was notified of the defendant receiving two Driving While License Revoked citations, and a Written Letter of Reprimand was issued to the defendant. No further action was taken by the court.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 18, 2011, the undersigned officer conducted a random home visit at the defendant's residence. We discussed Monroe's general progress to date, and the defendant advised that his North Carolina driver's license currently remained suspended; however, Monroe was confident that same was soon to be resolved in court and with state license officials. This officer reiterated that the defendant was not to operate a motor vehicle until a valid driver's license was properly obtained. Approximately thirty minutes after leaving Monroe's residence, this officer observed the defendant drive past my parked vehicle near an intersection in downtown Oxford, North Carolina. Subsequently, I followed the defendant and called him on his cell phone to confirm his non-compliance. Monroe admitted to illegally driving his vehicle and apologized for his actions. To address his actions and ultimate disregard for the motor vehicle laws of North Carolina, it is recommended that his supervised release conditions be modified to include two weekends in jail.

**Myron Alfonso Monroe**
**Docket No. 5:07-CR-186-1D**
**Petition For Action**
**Page 2**

       The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

       **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 6:00 p.m. Friday until 6:00 a.m. Monday for a period of (2) weekends, commencing as directed by the Bureau of Prisons and the Probation Office. He shall abide by all rules and regulations of the designated facility.

       Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8682<br>Executed On: April 21, 2011 |

### ORDER OF COURT

Considered and ordered this **22** day of **April**, 2011, and ordered filed and made a part of the records in the above case.

_/s/ James C. Dever_
James C. Dever III
U.S. District Judge