UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-186-D

UNITED STATES OF AMERICA,  :
                           :
        v.                 :
                           :           ORDER
MYRON ALFONSO MONROE,      :
           Defendant.      :


It appearing to the Court that during the investigation of the above-captioned case, the following items were seized and used as evidence:

1) a Glock, Model 22 pistol, .40 caliber, serial number KML-311,

2) a magazine containing 15 rounds of Winchester 40 S&W ammunition,

3) two Inventory of Seized Property forms,

4) a blue shirt containing the wording "Strong Arm Security",

5) three shirts, one sweatshirt, and one knit cap,

6) a Springfield Armory, Model XD357 pistol, serial number US336026,

7) three magazines containing a total of 38 rounds of .357 ammunition,

8) three cans of MK-4 pepper spray,

9) two security badges,

10) expandable baton, and

11) a police belt with holster.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by officers of the Raleigh Police Department in accordance with regulations of the Raleigh Police Department.

SO ORDERED. This **24** day of June 2015.

JAMES C. DEVER III
Chief United States District Judge